UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRANUSH YENGIBARYAN,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 22-cv-04815-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 7 |

Petitioner, a former inmate at the Federal Correctional Institution Dublin, filed this pro se action on August 22, 2022, seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. She seeks release from custody because her time credits were miscalculated. However, prison records indicate that petitioner was released from custody on October 12, 2022. Therefore, petitioner's request for habeas relief is moot. If petitioner seeks to present a claim for money damages, she must file a civil rights complaint pursuant to 42 U.S.C. § 1983. The filing fee for a civil rights action is $402 and the Court takes no position on the merits of such a claim. The motion to proceed in forma pauperis (Dkt. No. 7) is **GRANTED**. This action is **DISMISSED** without prejudice as moot and the Clerk is requested to close this case and **SEND** petitioner a blank civil rights form. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 31, 2022

JAMES DONATO
United States District Judge